No. 292. UNITED STATES EX REL. LIVINGSTON *v.* HINES, DIRECTOR. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Samuel T. Ansell* and *George M. Wilmeth* for petitioner. *Solicitor General Thacher* and *Messrs. Claude R. Branch, J. Frank Staley, W. Clifton Stone, W. Marvin Smith,* and *James T. Brady* for respondent.

No. 293. SUITS ET AL. *v.* MAGNOLIA PETROLEUM Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Fred E. Suits, J. B. Dudley, J. H. Everest, James H. Maxey,* and *Wilbur J. Holleman* for petitioners. *Messrs. W. H. Francis, B. B. Blakeney,* and *Hubert Armbrister* for respondent.

No. 294. HENRY VOGT MACHINE Co. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Adrian C. Humphreys* and *Chester A. Gwinn* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *George H. Foster* for the United States.

No. 295. BELLAIRE, BENWOOD & WHEELING FERRY Co. *v.* INTERSTATE BRIDGE Co. ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Robert F. Cogswell* for petitioner. *Messrs. James Morgan Clarke* and *Charles McCamic* for respondents.